UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mark F. Coleman,

               Plaintiff,

–v–

New York City Department of Health and Mental Hygiene, et al.,

               Defendants.

20-cv-10503 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    IT IS HEREBY ORDERED that the parties are granted until August 23, 2021, to engage in discovery. It is also ORDERED that Plaintiff may file his Response to Defendants' Motion to Dismiss the Amended Complaint by September 10, 2021.

    This resolves Dkt. Nos. 32 and 33.

    The Clerk of Court is respectfully directed to mail a copy of this Order to the Plaintiff.

    SO ORDERED.

Dated: July 9 , 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge