UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
MARK F. COLEMAN,                           :   20cv10503 (DLC
                                           :
                    Plaintiff,             :   ORDER
                                           :
          -v-                              :
                                           :
NEW YORK CITY DEPARTMENT OF HEALTH AND     :
MENTAL HYGIENE, ATHEA LONG, LA'DRAYA       :
MACON, and JUNE BRIDGEMOHAN,               :
                                           :
                    Defendants.            :
                                           :
------------------------------------------X

DENISE COTE, District Judge:

   This case has been reassigned to me for all purposes. On January 13, 2021 the above captioned case was referred to Magistrate Judge James L. Cott for general pretrial purposes. Accordingly, it is hereby

   ORDERED that the general pretrial referral is vacated.

   SO ORDERED:

Dated:    New York, New York
          March 9, 2022

                                  _____
                                          DENISE COTE
                                  United States District Judge