```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
MARK F. COLEMAN,                          :    20cv10503(DLC)
                                          :
                          Plaintiff,      :    ORDER OF
                -v-                       :    DISCONTINUANCE
                                          :
NEW YORK CITY DEPARTMENT OF HEALTH AND    :
MENTAL HYGIENE, ATHEA LONG, LA'DRAYA      :
MACON, and JUNE BRIDGEMOHAN,              :
                                          :
                          Defendants.     :
----------------------------------------- X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **June 17, 2022**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:   New York, New York
         May 25, 2022

                                           _____
                                               DENISE COTE
                                        United States District Judge